# EXHIBIT 2

# Truth in Lending Disclosure Statement

| | |
|---|---|
| **Date** JANUARY 13, 2006 | **Loan Number** 0149060899 |

**Lender** WELLS FARGO BANK, N.A.
3480 STATEVIEW BLVD
FORT MILL, SC 29715

**Borrower(s)** SHIRLEY M. TRAVERS

**Property Address**
4720 B STREET SE
WASHINGTON, DC 20019

| **Loan Amount** $144,000.00 | **Interest Rate** 6.875%   GUARANTEED |
|---|---|

## Final disclosure

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 7.2840 % | $ 202,714.13 | $ 137,835.40 | $ 340,549.53 |

**Payment Schedule:** Payments will be due monthly

| Number of Payments | Amount of Payment | Payments Begin |
|---|---|---|
| 359 | $ 945.98 | 03/01/06 |
| 001 | 942.71 | 02/01/36 |

**Variable Rate**    Your loan, ☐ does, ☒ does not contain a variable-rate feature. Disclosures about the variable-rate feature have been providved to you earlier.

**Security**    You are giving a security interest in ☒ the real property ☐ shares of stock evidencing ownership of the cooperative unit, at the property address referenced above.

**Late Charge**    If a payment is more than 15 days late, you will be charged 5 % of the payment.

**Assumption**    Someone buying your house ☐ may, subject to conditions, ☒ cannot be allowed to assume the remainder of the loan on the original terms.

**Prepayment**    If you pay off your loan early, you ☒ may, ☐ will not have to pay a penalty.
If you pay off your loan early, you ☐ may, ☒ will not be entitled to a refund of part of the finance charge.*

**Demand Feature** ☐    If checked, your loan includes a demand feature.

**Hazard Insurance**    Hazard insurance is required and may be obtained through any company of your choice that is acceptable to the Lender.

You should refer to your Note, Mortgage and other documents for additional information about non-payment, default, any required repayment in full before the scheduled date, prepayment rebates, and penalties.

* If you pay off your loan early, you will not receive a refund of part of the finance charge that you have already paid.

I (We) acknowledge receipt of this Disclosure Statement.
Date: 1/13/06

_Shirley M. Travers_ (signature)
SHIRLEY M TRAVERS

RC008L Rev. 12/20/04

**WORLD SAVINGS** | FEDERAL TRUTH IN LENDING DISCLOSURE REQUIRED BY REGULATION Z

Customer's Name: **SHIRLEY M TRAVERS**

Date: October 31, 2006
Loan No.: 0044280717

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total price of your purchase on credit including your down payment of<br>Not Applicable |
|---|---|---|---|---|
| 7.673 % | $ 369,546.23 | $ 178,529.06 | $ 548,075.29 | Not Applicable |

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments are Due:<br>MONTHLY beginning on |
|---|---|---|
| 12 | $ 635.03 | 12/15/06 |
| 12 | 682.66 | 12/15/07 |
| 12 | 733.86 | 12/15/08 |
| 12 | 788.90 | 12/15/09 |
| 12 | 848.07 | 12/15/10 |
| 12 | 911.68 | 12/15/11 |
| 12 | 980.06 | 12/15/12 |
| 12 | 1,053.56 | 12/15/13 |
| 7 | 1,132.58 | 12/15/14 |
| 256 | 1,792.00 | 07/15/15 |
| 1 | 1,789.39 | 11/15/36 |

**VARIABLE RATE: THIS LOAN CONTAINS AN ADJUSTABLE RATE FEATURE. SEE THE ADJUSTABLE LOAN PROGRAM DISCLOSURE STATEMENT PREVIOUSLY GIVEN TO YOU.**

This loan **DOES NOT HAVE A DEMAND FEATURE.**

Insurance: You may obtain property insurance from anyone you want who is acceptable to the Lender.

Security: You are giving a security interest in the real property located at **4720 B ST SE, WASHINGTON, DC 20019-5132**.

Filing Fees: $ 179.00

Late Charge: If a payment is late, you will be charged **5.00%** of the payment.

Prepayment: If you pay off the loan early, you **MAY** have to pay a penalty and you **WILL NOT** be entitled to a refund of **ANY PART OF THE FINANCE CHARGE ALREADY PAID.**

Assumption: **SOMEONE BUYING YOUR HOUSE CAN ASSUME THE REMAINDER OF THE LOAN UNDER CERTAIN TERMS AND CONDITIONS. TERMS MAY BE DIFFERENT FROM YOUR ORIGINAL TERMS - SEE YOUR ADJUSTABLE LOAN PROGRAM DISCLOSURE STATEMENT.**

Due on Sale: If the property securing the loan is sold or transferred to anyone without first obtaining Lender's written consent, all sums owed could become immediately due and payable. In this event failure to pay all the sums declared due and payable may result in the forced sale of the property.

See your Contract documents for additional information about non-payment, default, any required repayment in full before the scheduled date and other important terms and conditions of your loan.

By signing below, you acknowledge that you received a copy of this FEDERAL TRUTH IN LENDING DISCLOSURE.

_Shirley M Travers_  10/31/06
Date

073
DC  LENDER'S USE ONLY

GF424A1 (2004-03-2)
FINAL  DISTRIBUTION:  1 COPY-RETURN SIGNED TO LENDER  1 COPY-CUSTOMER  2 COPIES-FILE