# EXHIBIT 3

# Notice of Right to Cancel

## Notice of Right to Cancel

### Your Right to Cancel

You are entering into a transaction that will result in a mortgage, lien or other security interest on or in your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is JANUARY 13, 2006 ; or (2) the date you received your Truth-in-Lending disclosures; or (3) the date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage, lien or other security interest is also canceled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage, lien or other security interest on or in your home has been canceled, and must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

### How to Cancel

If you decide to cancel this new transaction, you may do so by notifying us in writing at:

WELLS FARGO BANK, N.A.
3480 STATEVIEW BLVD
FORT MILL, SC 29715-
ATTENTION: NICOLE . SANDERS

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of JANUARY 18, 2006 (or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

### Cancellation Request

I wish to cancel this transaction.

Date: _____      _____ (Seal)
                                    Borrower - SHIRLEY M. TRAVERS

### Acknowledgment of Receipt

I the undersigned acknowledge receiving 2 copies of this notice on the 13th day of JANUARY 2006.

Date: 1/13/06      /s/ Shirley M. Travers (Seal)
                    Borrower - SHIRLEY M. TRAVERS

NMFL# 0140 11/96
LPS# RC140 Rev. 11/08/09

Loan Number: 0149060899

| | | | 0044280717 |
|---|---|---|---|

## WORLD SAVINGS

### NOTICE OF RIGHT TO CANCEL - GENERAL
(LENDER CURRENTLY DOES NOT HAVE A LOAN ON THE PROPERTY)

### A. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a security interest in your home. You have a legal right under federal law to cancel this transaction without cost, within three business days from whichever of the following events occurs last:

(1) the date of the new transaction, which is **October 31, 2006** ; or

(2) the date you received your new Truth-in-Lending disclosures; or

(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the security interest is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the security interest in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

Any owner of your home has the right to cancel this new transaction. If one owner cancels the transaction, cancellation is effective for all owners.

### B. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing at: **WORLD SAVINGS, FINAL DOCUMENTATION, ATTN: OPERATIONS SUPPORT DEPARTMENT, 4101 WISEMAN BOULEVARD, BUILDING #307, SAN ANTONIO, TEXAS 78251, FAX NUMBER (210) 509-1293.** (No other office or representative of World Savings is authorized to accept your written notice to cancel.)

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram (or fax), you must send the notice to the above location no later than midnight of **November 3, 2006** (or midnight of the third business day following the latest of the three events listed above in Section A). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

### C. CANCELLING THIS TRANSACTION

**I WISH TO CANCEL** (DO NOT SIGN HERE UNLESS YOU WISH TO CANCEL)

Consumer's Signature _____  Date _____

Please advise the Closing Agent if you decide to cancel.

---

### ACKNOWLEDGEMENT OF RECEIPT OF COPIES

BY MY SIGNATURE WHICH FOLLOWS, I acknowledge that I received two copies of this Notice of Right to Cancel to keep (plus one to sign and return to World).

Consumer's Signature  *[signed]* Shirley M. Travers    Date 10/31/2006
SHIRLEY M TRAVERS
*[signed]*

Property Address:  4720 B ST SE
WASHINGTON, DC  20019-5132

Please return a signed copy of this Notice of Right to Cancel to the address shown above. Keep the other two copies.

024

DC
LENDER'S USE ONLY

SD332 (2004-03-3)
DISTRIBUTION:   1 COPY-RETURN SIGNED TO LENDER   2 COPIES-BORROWER   1 COPY-FILE